CULLEN AND DYKMAN, LLP
100 Quentin Roosevelt Boulevard
Garden City, NY  11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.

Attorneys for New York Commercial Bank

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                                                    Chapter 11
                                                                          Case No.: 14-75668 (AST)

WHEELER DEVELOPMENT, LLC,                      **NOTICE OF**
                                                                          **APPEARANCE**
                                      Debtor.                   **AND DEMAND FOR**
                                                                          **NOTICES AND PAPERS**

----------------------------------------------------------X

SIRS:

      PLEASE TAKE NOTICE THAT New York Commercial Bank ("NYCX") hereby

appears in this case and hereby requests, pursuant to Section 1109(b) of the Bankruptcy Code

and Bankruptcy Rules 2002, 9007 and 9010, that copies of all notices and pleadings given or

filed in the above-captioned action be given and served upon the persons listed below at the

following address and telephone number:

                        Matthew G. Roseman, Esq.
                        Bonnie L. Pollack, Esq.
                        Cullen and Dykman, LLP
                        100 Quentin Roosevelt Boulevard
                        Garden City, New York 11530
                        Telephone:  (516) 357-3700
                        Email: bpollack@cullenanddykman.com
                                  mroseman@cullenanddykman.com

      PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the

notices and papers referred to in the Bankruptcy Rules specified above, but also includes,

without limitation, any notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right of NYCX:  (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which NYCX is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Garden City, New York
      December 29, 2014

                            CULLEN AND DYKMAN LLP

                            By: s/ Bonnie L. Pollack
                            Bonnie L. Pollack, Esq.
                            Matthew G. Roseman, Esq.
                            Attorneys for New York Commercial Bank
                            100 Quentin Roosevelt Boulevard
                            Garden City, New York 11530
                            (516) 357-3700

TO:
Office of the United States Trustee
U.S. Federal Office Building
560 Federal Plaza
Room 560
Central Islip, New York 11722

Michael J. Macco, Esq.
135 Pinelawn Road
Suite 120 South
Melville, New York 11747