

**U.S. Department of Justice**

*Office of the United States Trustee*
*Eastern District of New York*
*Central Islip Division*

*Long Island Federal Courthouse*
*Central Islip, New York 11722*

*Telephone Number 631-715-7800*
*Facsimile Number 631-715-7777*
January 7, 2015

**VIA ECF FILING SYSTEM**
The Honorable Alan S. Trust
United States Bankruptcy Judge
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York  11722

Re:   In re Medford Development Corp.
       Bankruptcy Case Number 14-75666-ast

       In re Motor Parkway Enterprises, Inc.
       Bankruptcy Case Number 14-75667-ast

       In re Wheeler Development, LLC
       Bankruptcy Case Number 14-75668-ast

       In re Smithtown Development Corp.
       Bankruptcy Case Number 14-75669-ast

       In re Brentwood Development Corp.
       Bankruptcy Case Number 14-75670-ast

       In re Holbrook Development Corp.
       Bankruptcy Case Number 14-75671-ast

       In re Carmen Development Corp.
       Bankruptcy Case Number 14-75672-ast

       In re Maple Avenue Hauppauge Development Corp.
       Bankruptcy Case Number 14-75674-ast

       In re Port Jefferson Development Corp.
       Bankruptcy Case Number 14-75675-ast

       In re Ronkonkoma Development Corp.
       Bankruptcy Case Number 14-75676-ast

Letter to Judge Alan S. Trust
January 7, 2015 – Page 2

        In re Islandia Development Corp.
        Bankruptcy Case Number 14-75677-ast

        In re Oceanside Enterprises Inc.
        Bankruptcy Case Number 14-75678-ast

        In re Islip Development Corp.
        Bankruptcy Case Number 14-75679-ast

        In re Westbury Enterprises, Inc.
        Bankruptcy Case Number 14-75680-ast

        In re Airport Development Corp.
        Bankruptcy Case Number 75683-ast

Dear Judge Trust:

      Please be advised that on December 24, 2014, the above captioned chapter 11 debtors (the "Debtors") filed voluntary petitions under chapter 11 of title 11 of United States Code. The Office of the United States Trustee has solicited for membership of the Official Committee of Unsecured Creditors and the section 341(a) First Meeting of Creditors is scheduled for January 30, 2015.

      Since the filing date, the Debtors have filed a request to retain counsel and two motions, both returnable on February 25, 2015. The first motion seeks entry of an order granting joint administration and the second motion seeks to extend the time to file schedules until March 9, 2015.

      Without commenting on the substance of the requested relief, the Office of the United States Trustee believes that the Debtors' cases would benefit from an earlier resolution of these and similar administrative matters. As such, by this letter, the United States Trustee is requesting that the Court schedule, at its convenience, a status conference to address the administration of these cases.

        Very truly yours,

        */s/ Christine H. Black*
        Christine H. Black, Esq.
        Assistant United States Trustee

CHB:cg