**McCUSKER, ANSELMI, ROSEN & CARVELLI, PC.**
805 Third Avenue, 12th Floor
New York, NY 10022
212-308-0070

**LAW OFFICES OF WILLIAM S. KATCHEN, LLC**
210 Park Avenue, Suite 301
Florham Park, New Jersey 07932
Appearing *Pro Hac Vice (Pending)*

*Counsel for Cumberland Farms, Inc. and Gulf Oil Limited Partnership*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| AIRPORT DEVELOPMENT CORP., | Case No.: 14-75683 (AST) |
| BRENTWOOD DEVELOPMENT CORP., | 14-75670 (AST) |
| ISLANDIA DEVELOPMENT CORP., | 14-75677 (AST) |
| ISLIP DEVELOPMENT CORP., | 14-75679 (AST) |
| MEDFORD DEVELOPMENT CORP., | 14-75666 (AST) |
| OCEANSIDE ENTERPRISES, INC., | 14-75678 (AST) |
| RONKONKOMA DEVELOPMENT CORP., | 14-75676 (AST) |
| SMITHTOWN DEVELOPMENT CORP., | 14-75669 (AST) |
| WESTBURY ENTERPRISES, INC., | 14-75680 (AST) |
| WHEELER DEVELOPMENT, LLC | 14-75668 (AST) |
| Debtors. | Hon. Alan S. Trust, U.S.B.J. |

**NOTICE OF APPEARANCE AND DEMAND**
**FOR NOTICE AND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE**, that the undersigned hereby appears as Counsel for Cumberland Farms, Inc. ("Cumberland") and its subsidiary, Gulf Oil Limited Partnership ("Gulf") in the above referenced proceedings, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010 and 9010, and requests that all notices given or required to be given in this case,

and all papers served or required to be served in this case, be given to and served upon the undersigned attorneys, or on its behalf, as the address set forth below:

>Bruce S. Rosen, Esq.
>**McCUSKER, ANSELMI, ROSEN & CARVELLI, PC.**
>805 Third Avenue, 12th Floor
>New York, NY 10022
>Tel.: 212-308-0070
>Fax.: 917-677-8978
>brosen@marc-law.com
>
>William S. Katchen, Esq.
>**Law Offices of**
>**William S. Katchen, L.L.C.**
>210 Park Avenue, Suite 301
>Florham Park, New Jersey 07932
>Tel.: (973) 635-6300
>Fax.: (973)635-6363
>wkatchen@wskatchen.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices of pleadings referred to in the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, discovery, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise which relate to this adversary proceeding.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Cumberland's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding to triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to enforce any contractual provisions with respect to arbitration; or (v) other rights,

claims, actions, defenses, setoffs, or recoupments to with Cumberland has or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

        McCUSKER, ANSELMI, ROSEN
        & CARVELLI, P.C.
        805 Third Avenue, 12th Floor
        New York, New York, 10022
        Telephone: (212) 308-0070
        Facsimile: (917) 677-8978

        LAW OFFICES OF WILLIAM S. KATCHEN, LLC
        210 Park Avenue, Suite 301
        Florham Park, New Jersey 07932

        *Counsel for Cumberland Farms, Inc. and Gulf Oil Limited Partnership*

        By:   /s/ Bruce S. Rosen
              Bruce S. Rosen

Dated: January 9, 2015